AO 451 (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Energoinvest DD,<br>*Plaintiff*<br>v.<br>Democratic Republic of Congo, and Societe Nationale E'Eletricite (S.N.E.L.),<br>*Defendant* | )<br>)<br>)   Civil Action No. 03-cv-1314<br>)<br>) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   09/20/2004   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 4/8/2019

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **ENERGOINVEST DD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 03-1314 (RJL) |
| ) | |
| **DEMOCRATIC REPUBLIC OF CONGO,** ) | |
| and **SOCIETE NATIONALE** ) | |
| **E'ELETRICITE (S.N.E.L.),** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Fed. R. Civ. P. 58, it is this 19th day of September, 2004, hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that the award to Energoinvest DD, rendered on April 20, 2003, be confirmed under 9 U.S.C. § 201 et seq.; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered against the Democratic Republic of Congo and Societe Nationale D'Electricite, jointly and severally, and in favor of Energoinvest DD, in the amount of: (1) $11,725,844.96 plus interest at an annual rate of 9% on the sum of $11,179.266.36, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and

up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $546,578.60, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $220,900 for the fees of arbitrators, and $168,000 as reimbursement for Energoinvest DD's defense, as provided for in the Award of the International Court of Arbitration.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 9/20/2004
ANGELA D. CAESAR, CLERK
By:

2