# Holland & Knight

31 West 52nd Street | New York , NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Warren E. Gluck
+1 212-513-3396
warren.gluck@hklaw.com

August 10, 2021

**Via ECF**

The Honorable J. Paul Oetken, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 706

Re: *FG Hemisphere Assocs., LLC v. Dem. Repub. of Congo, et ano.*, No. 19-mc-00232 (JPO) – Letter Motion to Seal

Dear Judge Oetken:

We represent Plaintiff FG Hemisphere Associates, LLC ("Plaintiff") in the above-referenced matter. We write pursuant to Rule 2(E) Your Honor's Individual Rules and Practices to request permission to file an *ex parte* application under seal until Plaintiff's application may be heard by the Court. As set forth in Plaintiff's application, good and sufficient cause exists for immediate *ex parte* relief and due to the sensitive nature of the application, prior notice is impractical under the circumstances. Plaintiff's respectfully request a hearing on its *ex parte* application at the Court's earliest convenience. No previous request for the relief sought in the *ex parte* application has been made to this Court or any other court.

We are available at Your Honor's convenience to discuss this matter in more detail. Thank you for your consideration of this request.

Respectfully submitted,

*Warren E. Gluck*

Warren E. Gluck
*Counsel for Plaintiff*

cc: OetkenNYSDChambers@nysd.uscourts.gov
All Counsel of Record (via ECF)

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach