# EXHIBIT 4

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FG Hemisphere Associates, LLC, <br> *Plaintiff* <br> v. <br> Democratic Republic of Congo, and Societe Nationale E'Eletricite (S.N.E.L.), <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 03-cv-1315 <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___02/01/2005___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 4/8/2019

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FG HEMISPHERE ASSOCIATES, LLC,   )
                                 )
      Plaintiff,                 )
                                 )
v.                               )  Civ. No. 03-1315 (RJL)
                                 )
DEMOCRATIC REPUBLIC OF CONGO,    )
and SOCIETE NATIONALE            )
E'ELETRICITE (S.N.E.L.),         )
                                 )
      Defendants.                )

## JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Fed. R. Civ. P. 58, it is this 31st day of January, 2005, hereby

ORDERED that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that the award to FG Hemisphere Associates, Inc., rendered on April 20, 2003, be confirmed under 9 U.S.C. § 201 et seq.; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered against the Democratic Republic of Congo and Societe Nationale D'Electricite, jointly and severally, and in favor of FG Hemisphere Associates, LLC, in the amount of: (1) $18,430,555.47 plus interest at an annual rate of 8.75% on the sum of $18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the

respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $356,808.53, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $215,880 for the fees of arbitrators, and $168,000 as reimbursement for FG Hemisphere Associates, LLC's defense, as provided for in the Award of the International Court of Arbitration.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 2/1/2005
ANGELA D. CAESAR, CLERK
By: