# EXHIBIT 7

**August 9, 2021** | 1:49 pm

**COVID-19 Updates**

Unvaccinated individuals are at greater risk of serious illness from COVID-19. Learn more about the COVID-19 vaccines.

GET THE FACTS

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** UNFCU FINANCIAL SERVICES LLC
**DOS ID:** 3040709
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** Active
**DATE OF INITIAL DOS FILING:** 04/15/2004
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/15/2004
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** Queens
**NEXT STATEMENT DUE DATE:** 04/30/2022
**JURISDICTION:** New York, United States
**NFP CATEGORY:**

**ENTITY DISPLAY**   **NAME HISTORY**   **FILING HISTORY**   **MERGER HISTORY**   **ASSUMED NAME HISTORY**

#### Service of Process Name and Address

**Name:** C/O CORPORATION SERVICE COMPANY

**Address:** 80 STATE STREET, ALBANY, NY, United States, 12207 - 2543

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office or Owner Name and Address

**Name:**

**Address:**

#### Registered Agent Name and Address

**Name:** CORPORATION SERVICE COMPANY

**Address:** 80 STATE STREET, ALBANY, NY, 12207 - 2543

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| | | |