# EXHIBIT 8

**August 9, 2021** | 1:49 pm

**COVID-19 Updates**

Unvaccinated individuals are at greater risk of serious illness from COVID-19. Learn more about the COVID-19 vaccines.

**GET THE FACTS** ›

# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

**Entity Details**

**ENTITY NAME:**
TD BANK, N.A.

**DOS ID:**

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:**
NON-DOS_ASSUMED_NAME

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:**

**ENTITY STATUS:**
Active

**DATE OF INITIAL DOS FILING:**
06/11/2008

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:**
06/11/2008

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:**

**COUNTY:**
Albany, Clinton, Columbia, Dutchess, Essex, Nassau, New York, Orange, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Suffolk, Sullivan, Ulster, Warren, Washington, Westchester

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:**

**NFP CATEGORY:**

**ENTITY DISPLAY**   **NAME HISTORY**   **FILING HISTORY**   **MERGER HISTORY**   **ASSUMED NAME HISTORY**

Service of Process Name and Address

**Name:**

**Address:**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office or Owner Name and Address

**Name:**

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** No

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| | | |