UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FG HEMISPHERE ASSOCIATES, LLC,
                      Plaintiff,

-v-

DEMOCRATIC REPUBLIC OF CONGO
and SOCIETE NATIONALE
D'ELETRICITE
                      Defendants,

UNITED STATES OF AMERICA,
                      Interested Party.

19-MC-232 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The government's request that the Court defer judicial enforcement of the Court's September 14, 2021, order until November 8, 2021, is granted. Plaintiff's letter motion for a status conference is granted in part. The Court will hold a status conference by telephone with all parties and interested parties on November 18, 2021, at 2:00 P.M. The dial-in number is (888) 557-8511. The access code is 9300838. The Clerk of Court is directed to terminated Docket Numbers 12 and 14.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge