UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FG HEMISPHERE ASSOCIATES, LLC,
                  Plaintiff,

-v-                                     19-MC-232 (JPO)

DEMOCRATIC REPUBLIC OF                    ORDER
CONGO, *et al.*,
                  Defendant.

J. PAUL OETKEN, District Judge:

    For the reasons stated on the record at the telephone conference held on May 16, 2022, Defendant's motion (at ECF No. 17) to modify this Court's September 14, 2021 order (ECF No. 8) is GRANTED. The Court's September 14, 2021 order is hereby VACATED to the extent that it authorized execution against, and discovery from, the Permanent Mission of the Democratic Republic of Congo and Mission employees Ignace Gata Mavita wa Lufuta, Paul Losoko Efambe Empole, Victoria Lieta Liolocha, Hippolyte Kingonzila Mfulu, Bianza Therese Yvette Mpinga, and Marie Huguette Nkus Ngung.

    Plaintiff's request for a stay pending appeal is denied.

    The Clerk of Court is directed to close the motion at ECF No. 17.

    SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                                J. PAUL OETKEN
                                             United States District Judge